UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KERRY T. TUCKER, a single person,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAKEWOOD, a political subdivision of the State of Washington, acting by and through the Lakewood Police Department; JAMES SYLER and "JANE DOE" SYLER, husband and wife, and the marital community composed thereof, and JOHN/JANE DOES 1-5,<br><br>Defendants. | NO. 3:15-cv-05355<br><br>COMPLAINT FOR PERSONAL INJURY AND DAMAGES |

COMES NOW the plaintiff, Kerry T. Tucker, by and through his attorneys of record, Patrick R. West of West Law Firm, P.S., and hereby alleges against the defendants as follows:

//

//

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 1

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

## I. JURISDICTION AND VENUE

1.1   This action is brought pursuant to 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments to the United States Constitution. The court has jurisdiction over this action under 28 U.S.C. §1331 and 1343.

1.2   The claims alleged herein arose in the City of Lakewood, County of Pierce, Washington. Therefore, venue in the Western District of Washington at Tacoma is proper pursuant to 28 U.S.C. §1391(b)(2).

## II. PARTIES

2.1   The plaintiff, Kerry T. Tucker, at all times pertinent hereto was a resident of Pierce County, Washington, and all acts related to the matter alleged herein occurred in Pierce County, Washington.

2.2   The defendant, City of Lakewood, was and is a political subdivision of the state of Washington and at all times material hereto acted through the Lakewood Police Department.

2.3   The Lakewood Police Department employed and trained James Syler, a commissioned officer. Officer Syler was an Officer in the Lakewood Police Department at all times relevant hereto. The acts of misfeasance and malfeasance alleged herein by defendant Syler were done for and on behalf of himself individually, for and on behalf of his marital community, and for and on behalf of the City of Lakewood and the Lakewood Police Department.

2.5   The Lakewood Police Department owned, trained, maintained, utilized, and

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 2

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

commissioned a German shepherd K-9 officer known as "Astor" at all times relevant hereto.

2.6    At all times herein, the above named defendants, and each of them, acted within the course and scope of their employment.

2.7    At all times mentioned herein, the defendants, and each of them, acted under color of state law.

### III.    FACTS

3.1    At approximately 12:43 a.m. on or about June 27, 2012, Officer James Syler of the Lakewood Police Department was called to 8012 31st Ave. SW Lakewood, WA 98499 to assist Lakewood police officers searching for a felony warrant suspect. Officer Syler was advised that the suspect, Robert Serpa, had a felon warrant and had reportedly fled on foot into a wooded area nearby.

3.2    Lakewood police officers were called to the 8012 31st Ave. SW location because a female resident there had called 911 after an alleged dispute with Robert Serpa, but Serpa had reportedly fled the residence before the officers arrived. The female resident reported that Serpa fled into the wooded area nearby.

3.3    Officer Syler then removed the K-9 "Astor" from his vehicle to assist the Lakewood Officers in search for Robert Serpa in the wooded area nearby. At that time, there were a number of other individuals in the area. Officer Syler released Astor and Astor attacked the plaintiff, Kerry T. Tucker, an innocent citizen. Astor continued to maul plaintiff Tucker, using the bite and hold techniques for which he was trained. Astor continued to inflict injuries on plaintiff Tucker, but Officer Syler did not recall

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 3

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

the K-9 until plaintiff Tucker complied with his order to show his hands while he was being severely bitten and mauled by Astor.

3.4     During the attack, plaintiff Terry Tucker, who was only 23 years old at the time of the event, suffered severe trauma and permanent injuries to his leg.

3.5     After the attack, Officer Syler further detained plaintiff Kerry Tucker and threatened him with arrest.

## IV.     FIRST CAUSE OF ACTION -NEGLIGENCE

5.1     Plaintiffs reallege and hereby incorporate each and every allegation set forth above.

5.2     The Lakewood Police Department had a duty to protect public safety and the life or physical safety of innocent citizens.

5.3     The Lakewood Police Department was obligated by ordinance, statute, and common law principles to train its K-9 units such that the K-9 would respond to all authorized commands.

5.4     The Lakewood Police Department was obligated by ordinance, statute, and common law principles to train its K-9 unites to track and apprehend individuals using scent discrimination in order to prevent mistaken identities and death or injury to innocent citizens.

5.5     The actions of Officer Syler and K-9 Astor wherein the latter was released from control and failed to respond to orders of control, or properly track and apprehend targeted suspect, violated the policies and procedures of the Lakewood Police

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 4

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

Department as related to the field force use of police dogs as such constituted negligent, careless, and unlawful conduct.

### V. SECOND CAUSE OF ACTION – CIVIL RIGHTS VIOLATIONS

6.1    Plaintiff realleges and hereby incorporates each and every allegation set forth above.

6.2    At all times material hereto, defendants were acting under color of state law.

6.3    At all times material hereto, plaintiff had constitutionally protected liberty interests in life, personal security, bodily integrity, being free from harmful physical contact or emotional injury, freedom on travel, and had constitutionally protected rights to equal protection, as well as procedural and substantive due process of law.

6.4    The defendant City of Lakewood, acting by and through the Lakewood Police Department and its officers in their official capacities, as a matter of policy, custom, or practice: a) trained K-9 Astor to find and bite and hold persons posing as suspects; b) failed to adequately train its officers in the limits the constitution places on the use of police dogs, or alternatively, failed to communicate its policy regarding constitutional use of police dogs to its police officers; c) failed to adequately supervise its defendant officers with respect to such officers' constitutional deprivations; and d) failed to address these failures despite being informed of such policy and customs resulting in multiple innocent citizens being attacked in the same or similar fashion.

6.5    K-9 officer Astor continuously bit and held plaintiff Kerry Tucker in public by continuous and repetitive biting and mauling before Lakewood Police Officer Sylar was able to locate and retake control of Astor.

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 5

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

6.6 It was the intention of the Lakewood Police Department that K-9 officer Astor would seize by biting and holding an individual it apprehends when released to do so. This is the known and intended course of conduct utilized by the Lakewood Police Department.

6.7 The utilization of bite and hold techniques in the training of K-9 units constitutes a policy and practice of the Lakewood Police Department that led to the deprivation of the plaintiff Kerry Tucker's civil rights as related herein.

6.8 The actions of officer Syler and K-9 officer Astor were reckless and/or made with deliberate indifference and were unreasonable in nature and constituted use of excessive force in violation of the 4th and 14th Amendments of the United State Constitution and 42 U.S.C. §1983.

6.9 At the time of the attack the defendants had no reasonable grounds to stop, search, or detain plaintiff Kerry Tucker or to otherwise violate his civil rights.

6.10 The defendants, by the use and training of K-9 officer Astor with bite and hold techniques acting under color of law, unlawfully detained and seized plaintiff Kerry Tucker without probable cause, reasonable suspicion, or other justification in violation of his right to freedom from unreasonable search and seizures guaranteed by the 4th and 14th Amendments of the United States Constitution and by 42 U.S.C. §1983.

6.11 The defendants, by the use and training of K-9 officer Astor with bite and hold techniques acting under color of law, unlawfully detained and seized plaintiff Kerry Tucker without probable cause, reasonable suspicion, or other justification in

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 6

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

violation of his right to freedom from unreasonable search and seizures guaranteed by Washington Constitution Article 1 §§ 3 and 7.

## VI.  DAMAGES

7.1  Plaintiff reallages and hereby incorporates each and every allegation set forth above.

7.2  As a direct and proximate result of defendant's negligence referenced above, plaintiff incurred past and future medical expenses, past and future income loss, permanent disability, impaired earning capacity, general damages for pain and suffering, loss of enjoyment of life and other damages, all in amounts to be proven at the time of trial.

WHEREFORE, plaintiff prays for judgment against the defendants, and each of them, and their marital community, for damages as alleged, plus costs, and reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and as otherwise authorized by statute or law, and for such other and further relief as the court deems just and proper.

DATED this 27th day of May, 2015.

WEST LAW FIRM, P.S.

By: _____
Patrick R. West, WSBA #41949
Thomas J. West, WSBA #5857
Attorneys for Plaintiff

COMPLAINT FOR PERSONAL
INJURY AND DAMAGES - 7

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704